■ ENCORE PROPERTIES OF ROCHESTER, LLC, Appellant, v WELLS FARGO BANK, N.A., as Trustee for Registered Holders of CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-C5, Respondent, et al., Defendant. [65 NYS3d 903]—Appeal from an order of the Supreme Court, Monroe County (Matthew A. Rosenbaum, J.), entered September 15, 2016. The order, inter alia, granted the motion of defendant-respondent to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Whalen, P.J., Smith, Carni, Troutman and Winslow, JJ.